IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRENCE McKINNEY,                             Case No. 4:22-CV-00188-JGC

       Petitioner,

v.                                                     **ORDER**

WARDEN CHARMAINE BRACY,

       Respondent.

This is a petition for a writ of habeas corpus under 28 U.S.C. § 2254. I referred the petition to Magistrate Judge Jennifer Dowdell Armstrong for a Report and Recommendation, which Judge Armstrong has filed (Doc. 10). In that Report and Recommendation, Judge Armstrong duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

On *de novo* review, I find the Report and Recommendation well-taken in all respects.

Accordingly, it is hereby ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 10) be, and the same hereby is, adopted as the order of this Court;

2. The petition be, and the same hereby is, denied and dismissed with prejudice; and

3. A certificate of appealability be, and the same hereby is, denied.

SO ORDERED.

                                                               */s/ James G. Carr*
                                                               Sr. U.S. District Judge